## LORANCE ET AL. V. DAVIS.

(No. 806.)

TRESPASS TO TRY TITLE.— Lien, priority of.

APPEAL from Johnson county. Opinion by DELANEY, J.

STATEMENT.— Suit of trespass to try title. Briefly stated the history of the case is this: The lot originally belonged to Mohler, who sold it to Whitten, taking the latter's note for a part of the purchase money, $370, which was transferred to the plaintiff herein.

Whitten and wife deeded the lot to Thomas Wilkerson November 16, 1873. By agreement of the parties Whitten

immediately assigned one of the purchase-money notes given by Wilkerson for $370 to plaintiff in lieu of the note given by Whitten and Mohler and assigned to plaintiff. On the day the deed was acknowledged, December 4, 1873, Wilkerson gave Whitten a note for $400, which in some way passed to Lorance, who claimed that it was a purchase-money note and a lien upon the lot. In 1874 plaintiff sued Wilkerson on the note and obtained a judgment of foreclosure. In 1875 Lorance sued Wilkerson and obtained a judgment on his lien. In 1876 the land was sold under the two judgments, each party levying under his judgment. In response to special issues the jury found that the note held by Lorance was not given for purchase money. Judgment for plaintiff.

OPINION.— Held correct; for even if the Lorance note had been for purchase money, the lien of plaintiff was a prior lien.

A *remittitur* of the judgment for use and occupation of the land having been entered, the judgment is affirmed.

AFFIRMED.